PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:22-CR-00030-ADA-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | DATE: September 14, 2022 |
| CHARLES ABIEANGA AND SIMON ABIEANGA, | TIME: 1:00 p.m. |
| Defendants. | COURT: Barbara A. McAuliffe |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendants, by and through defendants' counsels of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on September 14, 2022.

2.      By this stipulation, defendants now move to continue the status conference until October 26, 2022, and to exclude time between September 14, 2022, and October 26, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports, recordings, electronic evidence, and other documents that exceeds 530 GB.  All of this discovery has been either produced directly to defense counsel and/or made

available for inspection and copying.  The government is in the process of producing additional discovery to counsels.

b)      Counsel for defendants desire additional time to conduct investigation and research related to the charges, to review discovery for this matter, and to discuss possible resolutions with the government and the defendants.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 14, 2022 to October 26, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///
///

1    IT IS SO STIPULATED.

2
Dated:  September 7, 2022                    PHILLIP A. TALBERT
3                                            United States Attorney

4
                                            /s/ ALEXANDRE DEMPSEY
5                                            ALEXANDRE DEMPSEY
                                            Assistant United States Attorney
6

7    Dated:  September 7, 2022               /s/ PETER BLAIR
                                            PETER BLAIR
8                                            Counsel for CHARLES
9                                            ABIEANGA

10   Dated:  September 7, 2022               /s/ GRIFFIN ESTES
                                            GRIFIN ESTES
11                                           Counsel for SIMON
12                                           ABIEANGA

13

14                          **ORDER**

15        IT IS SO ORDERED that the status conference is continued from September 14, 2022, to **October**

16   **26, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to

17   18 U.S.C.§ 3161(h)(7)(A), B(iv).

18

19   IT IS SO ORDERED.

20    Dated:   **September 7, 2022**            /s/ *Barbara A. McAuliffe*

21                                           UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28