PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES ABIEANGA AND SIMON ABIEANGA,<br><br>Defendants. | CASE NO. 1:22-CR-00030-ADA-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER<br><br>DATE: January 17, 2023<br>TIME: 8:30 a.m.<br>COURT: Judge Ana de Alba |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendants, by and through defendants' counsels of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 17, 2023.

2. By this stipulation, defendants now move to continue the sentencing hearing until March 20, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Due to delays regarding the pre-sentence investigation process and at the request of assigned probation officer, both parties request additional time to review the pre-sentence investigation report once it is finalized and prepare for sentencing.

   b) Counsel for both defendants believes that this continuance is necessary to prepare for eventual sentencing in this case.

1

IT IS SO STIPULATED.

Dated: January 5, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXANDRE DEMPSEY
ALEXANDRE DEMPSEY
Assistant United States Attorney

Dated: January 5, 2023

/s/ PETER BLAIR
PETER BLAIR
Counsel for CHARLES ABIEANGA

Dated: January 5, 2023

/s/ GRIFFIN ESTES
GRIFIN ESTES
Counsel for SIMON ABIEANGA

IT IS SO ORDERED.

Dated:   January 9, 2023

UNITED STATES DISTRICT JUDGE

2