MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: attyberdinella@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant
Charles Abieanga

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:22-CR-00030-NODJ-BAM |
| Respondent/Plaintiff, | ) ORDER TO SEAL DOCUMENTS |
| vs. | ) |
| **CHARLES ABIEANGA,** | ) |
| **Defendant.** | ) |

Upon application of the Defendant Charles Abieanga, through Counsel, and good cause being show as set forth in Defendant's Request To Seal Attachment "C" of the Defendant's Motion for Compassionate Release at Docket No. 122.

IT IS HEREBY ORDERED that Attachment C to Defendant's August 5, 2024 Motion for Compassionate Release shall be SEALED until ordered unsealed by the Court.

**IT IS SO ORDERED.**

DATED: August 6, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE