MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: attyberdinella@gmail.com
Phone: (559) 436-8000
Fax:     (559) 436-8900

Attorney for Defendant
Charles Abieanga

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Respondent/Plaintiff,<br><br>    vs.<br><br>CHARLES ABIEANGA,<br><br>           Petitioner/Defendant. | Case No.: 1:22-CR-00030-1-NODJ-BAM<br><br>REQUEST TO SEAL ATTACHMENT "I" TO DEFENDANT ABIEANGA'S MOTION FOR COMPASSIONATE RELEASE; ORDER |

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE FOR THE EASTERN DISTRICT OF CALIFORNIA:**

   Pursuant to Federal Rule of Criminal Procedure 49.1(d) and Local Rule 141, Defendant Charles Abieanga, through Counsel, requests to seal Attachment I in support of Mr. Abienga's Motion for Compassionate Release (Doc 122).  Attachment I contains confidential Medical Records regarding Mr. Abieanga's mother, Mary Ngohfonoh.

   This Request to Seal Documents has been filed publicly via CM/ECF and served on government's Counsel via CM/ECF. The records sought to be sealed as Attachment I, Medical Health Report for Mary Ngohfonoh, are being provided to the Court, Probation, and Government's Counsel via email. This request is to seal the documents until further order of the Court.

Dated:   August 12, 2024                    Respectfully submitted,

                                           /s/ Michael W. Berdinella

                                           Michael W. Berdinella
                                           Attorney for Charles Abieanga

**ORDER**

    Upon application of the Defendant Charles Abieanga, through Counsel, and good cause being show as set forth in Defendant's Request To Seal Attachment I of the Defendant's Motion for Compassionate Release at Docket  No. 122.

    IT IS HEREBY ORDERED that Attachment I of Defendant's August 5, 2024 Motion for Compassionate Release shall be SEALED until ordered unsealed by the Court.

    **IT IS SO ORDERED.**

DATED:  August 22, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE