PHILLIP A. TALBERT
United States Attorneys
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:22-CR-00030-DJC-BAM |
| Plaintiff, | ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME |
| v. | |
| CHARLES ABIEANGA, | |
| Defendant. | |

On October 4, 2024, the Government requested an extension of time to October 25, 2024, to file its response or opposition to defendant's motion for compassionate release (Docket No. 122).

IT IS HEREBY ORDERED that the Government's request for an extension is granted.  The Government's response is now due October 25, 2024.

Dated:  October 7, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1