Michael W. Berdinella, SBN 085038
726 W. Barstow, Ste. 100
Fresno, CA 93704
559-436-8000 | 559-436-8900
attyberdinella@gmail.com

Attorney For Defendant
Charles Abieanga

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHARLES ABIEANGA,<br><br>　　　　Defendant | Case No.: 1:22-CR-00030-1-DJC-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT'S REPLY TO THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S 18 U.S.C. § 3582(c)(1)(A) MOTION FOR COMPASSIONATE RELEASE |

The Defendant, through his Counsel, is requesting an Extension of Time for the Defendant's reply to the Government's Opposition to the Defendant's Motion for Compassionate Release.

The Defendant's Counsel is awaiting further medical records in support of his Motion and is unable to proceed without said records. The parties hereby Stipulate and agree, through their respective Counsel, Michael W. Berdinella, on behalf of the Defendant Charles Abieanga and Assistant United States Attorney Henry Z. Carbajal III, on behalf of the Government, to allow

STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT'S REPLY TO THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S 18 U.S.C. § 3582(C)(1)(A) MOTION FOR COMPASSIONATE RELEASE - 1

the Defense until December 13, 2024 to file the Defendant's Reply to the Government's Opposition.

**IT IS SO STIPULATED**

Dated: November 18, 2024                     /s/ Michael W. Berdinella
                                             Michael W. Berdinella
                                             Attorney for Charles Abieanga


Dated:  November 18, 2024                    /s/ Henry Z. Carbajal III
                                             Henry Z. Carbajal III
                                             Assistant United States Attorney


## ORDER

 Pursuant to the parties Stipulation, IT IS ORDERED that the Defendant be granted an Extension of Time until 12/13/2024 to file the Defendant's Reply to the Government's Opposition to the Defendant's 18 U.S.C. § 3582(c)(1)(A) Motion for Compassionate Release.

**IT IS SO ORDERED**


Dated:  November 19, 2024           /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT'S REPLY TO THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S 18 U.S.C. § 3582(C)(1)(A) MOTION FOR COMPASSIONATE RELEASE - 2