MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: attyberdinella@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant
Charles Abieanga

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Respondent/Plaintiff,<br><br>vs.<br><br>CHARLES ABIEANGA,<br><br>        Defendant. | Case No.: 1:22-CR-00030-DJC-BAM<br><br>**ORDER TO SEAL DOCUMENTS FOR DEFENDANT'S REPLY TO THE UNITED STATES OPPOSITION TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C.§ 3582(C)(1)(A) FOR COMPASSIONATE RELEASE** |

Upon application of the Defendant Charles Abieanga, through Counsel, and good cause being

show as set forth in Defendant's Request to Seal **ATTACHMENT "K"** and **ATTACHMENT**

**"L"** of the Reply to The United States Opposition to Defendant's Motion For Reduction Of

Sentence Pursuant To 18 U.S.C.§ 3582(C)(1)(A) For Compassionate Release at Docket No. 137

///

///

///

///

Order to Seal  - 1

**IT IS HEREBY ORDERED** that **ATTACHMENTS "K" and "L"** to Defendant's December 13, 2024 Reply to The United States Opposition to Defendant's Motion For Reduction Of Sentence shall be **SEALED** until ordered unsealed by the Court.

**IT IS SO ORDERED**

Dated:  December 27, 2024        /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE