Case 1:22-cr-00030-DJC-BAM     Document 144     Filed 02/05/25     Page 1 of 1

AO 247 (Rev. 03/19) – Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 1:22-cr-00030-DJC-1 |
| Charles Abieanga | ) | |
| | ) | USM No: 82125-509 |
| Date of Original Judgment: March 20, 2023 | ) | |
| Date of Previous Amended Judgment: N/A | ) | Michael W. Berdinella |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __65__ months **is reduced to** __57 months, or time served (if Defendant has already served more than 57 months)__.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __03/28/2023__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 02/05/2025

*Judge's signature* (signed) Daniel J. Calabretta

Effective Date: _____

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE
*Printed name and title*

*(if different from order date)*