HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>vs.<br><br>CHARLES ABIEANGA,<br><br>    *Defendant.* | Case No. 1:22-CR-00030-DJC-BAM-1<br><br>**APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |

Defendant, Charles Abieanga, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking modification of his conditions of supervised release.  The Federal Defenders Office has a conflict.

On December 30, 2025, Mr. Abieanga contacted our office seeking appointment for modification of his conditions of supervised release.  Mr. Abieanga is serving a 36-month term of supervised release.  Mr. Abieanga submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time.

After reviewing his Financial Affidavit, it is respectfully recommended that CJA panel counsel be appointed.

DATED: January 5, 2026                    */s/ Peggy Sasso*
                                                             PEGGY SASSO
                                                             First Assistant Federal Defender

...

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA panel counsel be promptly appointed, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **January 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge